■ GAYLORD BROS., INC., Respondent, v RND Co., Appellant. (Appeal No. 2.)—Order unanimously reversed on the law without costs. Same memorandum as in *Gaylord Bros. v RND Co.* ([appeal No. 1] 134 AD2d 848 [decided herewith]). (Appeal from order of Supreme Court, Onondaga County, Lynch, J.—notice to produce.) Present—Doerr, J. P., Boomer, Pine, Balio and Davis, JJ.